IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Kijai Khamisi, et al.,

    Plaintiff(s),

vs.

Joseph Deters, et al.,

    Defendant(s).

Case Number: 1:18cv87

Judge Susan J. Dlott

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Karen L. Litkovitz. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on November 20, 2018 a Report and Recommendation (Doc. 99). Subsequently, the plaintiffs filed objections to such Report and Recommendation (Docs. 102, 104, 105, 106, and 107). Defendants filed responses to the objections (Doc. 108 and 109). Plaintiffs then filed supplemental objections (Doc. 110, 111, 112, 113, 114, 115, 116, 117, 118 and 119).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

Accordingly, defendants Samuel, Marsh, and Moore's motion to dismiss (Doc. 71) is GRANTED and these defendants are DISMISSED from the lawsuit.

Plaintiff's motions to set aside state court judgments (Docs. 72, 74, 75, 76, and 77) are

DENIED.

Plaintiff's motions to amend the complaint (Docs. 78, 79, 80, 81 and 82) are DENIED.

The Court certifies pursuant to 28 U.S.C. §1915(a) that an appeal of any Order adopting the Report and Recommendation will not be taken in good faith, therefore, plaintiff is denied leave to appeal *in forma pauperis*. Plaintiff remains free to apply to proceed *in forma pauperis* in the Court of Appeals. *See Callihan v. Schneider,* 178 F.3d 800, 803 (6th Cir. 1999), overruling in part *Floyd v. United States Postal Serv.,* 105 F.3d 274, 277 (6th Cir. 1997).

IT IS SO ORDERED.

*[signature]*
Judge Susan J. Dlott
United States District Court