IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| KIJAI KHAMISI, et al., | : | Case No. 1:18-cv-87 |
| | : | |
| Plaintiffs, | : | Judge Matthew W. McFarland |
| | : | Magistrate Judge Karen L. Litkovitz |
| vs. | : | |
| | : | |
| JOSEPH DETERS, et al., | : | |
| | : | |
| Defendants. | : | |

ORDER ADOPTING REPORT AND RECOMMENDATION (Doc. 177),
OVERULING OBJECTIONS, AND DENYING AS MOOT PENDING RESPONSES
AND MOTIONS (Docs. 190, 192, 194, 196, 198)

The Court has reviewed the Report and Recommendation of Magistrate Judge Karen L. Litkovitz (Doc. 177), to whom this case is referred pursuant to 28 U.S.C. § 636(b). In the Report, Magistrate Judge Litkovitz recommends that the Court dismiss Plaintiffs' complaint without prejudice. Plaintiffs filed Objections to the Report, in response to which Defendants filed memoranda supporting the Magistrate Judge's recommended disposition. Plaintiffs also filed subsequent motions.

As required by 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72(b), the Court has made a de novo review of the record in this case. Upon review, the Court finds that Plaintiffs' objections are not well-taken and are accordingly **OVERRULED**. The Court **ADOPTS** the Report and Recommendation (Doc. 177) in its entirety. Accordingly, the Court orders as follows:

1. Plaintiffs' complaint is hereby **DISMISSED**.

2. The Court **CERTIFIES** pursuant to 28 U.S.C. § 1915(a) that for the reasons expressed in the Report, an appeal of this Order adopting the Report would not be taken in good faith, and therefore **DENIES** plaintiffs leave to appeal *in forma pauperis*. Plaintiffs remain free to apply to proceed *in forma pauperis* in the Court of Appeals. *Callihan v. Schneider*, 178 F.3d 800, 803 (6th Cir. 1999).

3. Plaintiffs' responses to the Report and motions to immediately vacate the criminal judgment are **DENIED AS MOOT**.

**IT IS SO ORDERED**.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: *[signature]*
JUDGE MATTHEW W. McFARLAND